IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAQUNATE ZAKE PACKARD,

        Petitioner,                      No. CIV S-05-1521 GEB KJM P

    vs.

K. PROSPER, Warden, et al.,

        Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. In his application, petitioner challenges a conviction issued by the Fresno County Superior Court. Fresno County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(b).

        Local Rule 3-120(d) provides that a civil action that has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6     United States District Court
    Eastern District of California
7     1130 "O" Street
    Fresno, CA 93721

8

9 DATED: August 22, 2005.

10

11                                                   _____
                                                UNITED STATES MAGISTRATE JUDGE

12

13

14

15 1/kf
pack1521.109

16

17

18

19

20

21

22

23

24

25

26